**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00153-CR**
_____

**BILLY GENE SHOOK III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. CR34455**
_____

**MEMORANDUM OPINION**

Appellant Billy Gene Shook III was convicted of continuous sexual abuse of a child, a first degree felony, and sentenced to life in the Institutional Division of the Texas Department of Criminal Justice. *See* Tex. Penal Code Ann. § 21.02(b). We affirm.

Shook's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous; he then

1

filed a motion to withdraw as counsel. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Shook was notified of his right to file a pro se brief, but we received no response from Appellant. We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
JAY WRIGHT
Justice

Submitted on May 2, 2023
Opinion Delivered June 21, 2023
Do Not Publish

Before Horton, Johnson and Wright, JJ.

---

[1] Shook may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.